**Order entered August 1, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00087-CR

### AARON ANTHONY BROICH, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-80646-2012**

## ORDER

The Court **REINSTATES** the appeal as of July 24, 2013, the date the Court granted appellant's extension motion and filed appellant's brief.

We **VACATE** the June 19, 2013 order requiring the trial court to conduct a hearing regarding why appellant's brief had not been filed.

/s/    CAROLYN WRIGHT
        CHIEF JUSTICE